UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

McARTHUR JUNIOR POWELL,

    Petitioner,                                     Case No: 11-14674
                                                         Hon. Victoria A. Roberts

vs

LLOYD RAPELJE,

    Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    Petitioner's Motion for a second extension of time to file objections to the Report and Recommendation issued by Magistrate Judge Grand is denied. The Court adopts the R & R denying the Petition for Writ of Habeas Corpus and Certificate of Appealability.

    ORDERED.

                                                               S/Victoria A. Roberts
                                                               Victoria A. Roberts
                                                               United States District Judge

Dated: September 25, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record and McArthur Junior Powell by electronic means or U.S. Mail on September 25, 2012.

s/Carol A. Pinegar
Deputy Clerk